FILED IN
The Court of Appeals
Sixth District

JUL 2 2 2015

Texarkana, Texas
Debra K. Autrey, Clerk

RECEIVED IN
The Court of Appeals
Sixth District

MAY 2 8 2015

Texarkana, Texas
Debra Autrey, Clerk

MAY 27, 2015

**APPELLATE CASE NUMBER 06-15-0026-CV**
**TRIAL COURT CASE NUMBER 80896**


**ROBERT YURIK**                                    **PLAINTIFF**

   **VS.**

**STONEBRIDGE LIFE INSURANCE COMPANY**

      **AND**                                    **DEFENDANTS**

**ERNESTINE PHILLIPS**


THIS DOCUMENT AND ITS CONTENTS SHALL SERVE AS A PRO SE
APPEALLATE BRIEF WITH REGARD TO THE ABOVE REFERENCED CASE
NUMBER(S). ROBER YURIK, THE PLAINTIFF IN THE APPELLATE PHASE OF
THIS CASE (APPELLANT, IS SUBMITTING THE ARGUMENT OF APPEAL AS
PRO SE.

# TABLE OF CONTENTS

1.   STATEMENT OF FACTS

2. ARGUMENT

3. CONCLUSION

4. CERTIFICATE OF SERVICE

## STATEMENT OF FACTS

THIS CASE WAS BROUGHT BEFORE THE HUNT COUNTY, TEXAS, COURT SYSTEM AS A RESULT OF A DISPUTE BY ROBERT YURIK TO THE DECISION BY STONEBRIDGE LIFE INSURANCE COMPANY REGARDING PAYOUT ON LIFE INSURANCE POLICY NUMBER 72L4794438 FOR DARLENE I TRAINOR.

THE DECISION OF JUDGE ANDREW BENCH, 196TH JUDICIAL DISTRICT COURT IN HUNT COUNTY, WAS TO PAY THE REMAINING AMOUNT OF $5,000.00 DUE TO ERNESTINE PHILLIPS, THE MOST RECENT BENEFICIARY ON RECORD WITH STONEBRIDGE LIFE INSURANCE COMPANY.

MR YURIK MAINTAINS THE OPINION, THAT, DUE TO NUMEROUS UNCLEAR INFORMATION ON THE BENEFICIARY CHANGE FORM LAST SUBMITTED PRIOR TO MS. TRAINOR'S DEATH, IT IS IMPOSSIBLE TO ACCEPT AND INCORPORATE THE FORM AS VALID.

SEVERAL AREAS OF THE FORM WERE DISCUSSED;:

THE QUESTIONABLE HANDWRITING IN GENERAL AS COMPARED TO PRIOR BENEFICIARY CHANGE FORMS AND OTHER LEGAL DOCUMENTS COMPLETED AND SIGNED BY MS. TRAINOR;

SCRATCHED OUT INFORMATION WITH NO INITIALS INDICATING THE ACKNOWLEGEMENT OF THE CHANGE;

THE DATE SIGNED BY THE BENEFICIARY AT THE BOTTOM OF THE FORM HAS NO RECOGNIZABLE FORMAT TO INDICATE WHEN THE FORM WAS COMPLETED FOR SUBMISSION

ALTHOUGH THE DATES WERE DISCUSSED AND DISPUTED, NO FORMAL ANSWER WAS GIVEN BY THE COURT REGARDING THE NUMBERS ENTERED AS "DATE" BY THE BENEFICIARY TO MEMORIALIZE THE FORM

THE COURT RULED THAT BECAUSE NO HANDWRITING EXPERT WAS AVAILABLE TO DISPUTE THE HANDWRITING ON THE FINAL DOCUMENT, IT WAS NOT A VALID ARGUMENT

THE DECISION TO PAY THE LAST RECORDED BENEFICIARY WAS ENTERED BY THE COURT

THESE FACTS AS SUBMITTED ARE ENTERED INTO THE FORMAL TRANSCRIPT OF TRIAL CASE NUMBER 80896.

## ARGUMENT

THE BENEFICIARY CHANGE FORM IS AN INSTRUMENT TO RECORD CHANGES MADE TO THE LIFE INSURANCE POLICY, BUT EQUALLY AS IMPORTANT, TO DETERMINE WHEN THOSE CHANGES SHOULD BE ENFORCED.

IN THIS CASE, THE TRIAL JUDGE STATED THAT THE NUMBERS ENTERED INTO THE "DATE" SECTION AT THE BOTTOM AREA OF THE FORM NEAR THE SIGNATURE ARE, IN HIS OPINION, SIMPLY A STRING OF NUMBERS NOT REPRESENTING ANY DATE FORMAT.

THE BENEFICIARY CHANGE FORM CONTAINS A CLAUSE AT THE BOTTOM

"I understand that this Beneficiary Change, after it has been recorded by the Company, will take effect as of the **date I signed the request.** "

ALTHOUGH THIS DATE WAS DISCUSSED, IT WAS NOT CONSIDERED IN THE COURT'S DECISION.

SINCE THIS STATEMENT IS USED TO ENFORCE THE DATE TO BE EFFECTIVE, IT IS IMPERATIVE TO KNOW WHAT DATE MS. TRAINOR SIGNED THE FORM. IT IS IMPOSSIBLE TO KNOW THIS, AS PREVIOUS LEGAL DOCUMENTS SIGNED BY MS. TRAINOR WERE NOT IN THIS FORMAT, AND THERE IS NO WAY TO DECIPHER WHAT DATE WAS INTENDED.

IT IS MR. YURIK'S OPINION THAT THIS FORM SHOULD NEVER HAVE BEEN ENTERED AS VALID, AND RESPECTFULLY REQUESTS THAT THIS FORM BE RULED INVALID; AND THE PREVIOUS BENEFICIARY CHANGE FORM, WITH A VALID, RECOGNIZABLE DATE FORMAT, REMAIN AS THE LAST SURVIVING FORM AT THE TIME OF DARLENE I TRAINOR'S DEATH.

## CONCLUSION

THE APPELLANT REQUESTS THAT THIS COURT REVERSE THE FINAL
JUDGEMENT ENTERED BY THE TRIAL JUDGE ANDREW BENCH AND ENTER
ORDERS TO INVALIDATE THE MOST RECENT BENEFICIARY CHANGE FORM
ENTERED INTO RECORD BY STONEBRIDGE LIFE INSURANCE COMPANY.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY HAS BEEN FURNISHED TO STONEBRIDGE LIFE INSURANCE COMPANY AND ERNESTINE PHILLIPS BY MAIL DELIVERY ON MAY 28, 2015.

ROBERT YURIK

1004 JERNIGAN STREET

COMMERCE, TEXAS 75428

BY: _____

ROBERT YURIK